No. 568

INDUSTRIAL COM. et al v. BURCKARD

No. 18711. Supreme Court

Pending on motion of the Commission for order requiring Hamilton Appeals to certify record; docketed July 18, 1924. 2 Abs. 467.

1283. WORKMEN'S COMPENSATION— Whether inhalation of aniline fumes accelerating death by tubzerculosis is compensatable.

The following statement of the issues in this case is a substantial copy of the motion of plaintiff in error to certify record:

At its January term, 1924, the Hamilton Common Pleas entered a judgment overruling the motion for a new trial of the plaintiff in error.

At its April term, June 19, 1924, the Hamilton Appeals entered a judgment affirming the said judgment of the Common Pleas.

There is error prejudicial to said plaintiff in error manifest upon the face of the record in said cause in this to-wit: That the said Court of Appeals erred in holding that the deceased Charles Burckard sustained an injury within the meaning of the Workmen's Compensation Act; that the Court of Appeals erred in holding that the said injury caused the death of the said Charles Burckard and not tuberculosis caused the death of said Charles Burckard; that the said Court of Appeals erred in allowing interest on the said judgment from the dtae said Commission denied compensation in said claim; that the said judgment is contrary to law and that the said Court of Appeals should have reversed said judgment of said Common Pleas.

The said cause is of and involves great public and general interest in this to-wit: That said cause determines whether the inhaling of aniline fumes accelerating death by tuberculosis is an injury compensatable under the Workmen's Compensation Act of the State.

Attorneys—C. C. Crabbe, Columbus, and Charles W. Baker, Jr., Cincinnati, special counsel, for State; Albert Leeker, Cincinnati, for Burckard.

# Ohio Courts of Appeals

DECIDE AT LEAST

# 1000 CASES A YEAR

THE LAWYER DOES NOT GET
OUTSIDE THE

## Abstract's Advance

## Opinions

To Get Complete Access to and Full Use of All of Them

## CONSULT

# The Current Abstract Digest

This Digest Service is Now Being Extended
And It Will be Issued in

## Monthly Units Cumulated

## Quarterly

Covering Every Ohio Published Case
On Every Point

For Further Particulars see Published Numbers

## Weekly Publication

Of All Matter for This Digest Will be First Made in The Ohio Law Abstract, Without Charge to Its Subscribers

Price, Current Abstract Digest Service Alone, Per Year, $8.00